# Exhibit A

 klemchuk kubasta llp

Darin M. Klemchuk
214.367.6000
214.367.6001 Fax
darin.klemchuk@kk-llp.com

March 11, 2011

VIA REGULAR MAIL AND EMAIL (CADWELL.JEFFREY@DORSEY.COM)

Jeffrey R. Cadwell
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

   Re:  Infringement of Trademark Rights of Academy, Ltd.

Dear Mr. Cadwell:

  Our law firm, Klemchuk Kubasta LLP, represents Academy, Ltd.  We are writing to you because we understand that you are the trademark attorney for Gander Mountain Company.  As you know, Academy, Ltd. is one of the nation's largest sporting goods retailers and offers the sports and outdoors enthusiast a broad selection of equipment, apparel, and footwear.  Academy, Ltd. is the owner of several federal registrations and common law marks (the "Academy Marks").  Academy, Ltd. has owned and continuously used the marks listed in Exhibit B in commerce since as early as 1951.  Since then, the Academy Marks have been identified with Academy Ltd. and have served as a source identifier for our client.  Academy Ltd. has spent considerable amounts of money to develop its brand and family of marks.

  Recently, it has come to our client's attention that Gander Mountain Company has started using the "Gander Mtn. Academy" marks in connection with firearms training, in addition to other goods and services, on its website and in its stores.  A few printouts of the website are attached as Exhibit A.  Gander Mountain Company's use of the "Gander Mtn. Academy" marks is in direct competition with our client, Academy, Ltd.  Use of the "Gander Mtn. Academy" marks on your client's website is likely to cause confusion among consumers and is likely to lead consumers to believe that the products and/or services promoted by Gander Mountain under the marks are somehow authorized or sponsored by, or somehow affiliated with, our client.  Your client places the ACADEMY marks in such close proximity to the rest of its marks and places emphasis on the ACADEMY marks in such a way that it appears that the two companies are somehow affiliated or in a joint venture with each other.

  While our client is prepared to enforce its rights through litigation or the appropriate proceedings before the TTAB, Academy Ltd. is willing to resolve this matter by Gander Mountain's immediate agreement to stop all use of Academy's intellectual property, including, but



not limited to, removing the ACADEMY marks from Gander Mountain's existing trademarks, modifying the marks as they appear on the website, in the store, and in any other form of advertising or informational products.  Last, but not least, your client should withdraw and abandon the following pending applications in the U.S. Patent and Trademark Office that employ the ACADEMY marks:  Ser. No. 85/163,385; 85/162,118; 85/162,106; 85/162,098; 85/162,091; 85/162,070; 85/162,054; 85/162,048; 85/083,644; 85/162,043; 85/083,598; 85/083,632; 85/083,672; 85/083,669; 85/083,637; 85/083,620; 85/083,616; 85/083,566; 85/083,545.

I look forward to your response no later than March 18, 2011.

Sincerely,

Darin M. Klemchuk

DMK/ras
Attachments

EXHIBIT A









All rights reserved © 2003 - 2010 Gander Mountain

EXHIBIT B

ACADEMY, LTD. TRADEMARKS

ACADEMY                     Reg. No. 1,911,968
Goods/Services:             IC 42.  Retail store services in the field of western wear; hunting,
                            fishing and sporting equipment and outfitting; sporting and athletic
                            equipment, gear and footwear; and outdoor and recreational
                            equipment, outfitting and merchandise.

ACADEMY.COM                 Reg. No. 2,834,786
Goods/Services:             IC 35.  Online retail store services featuring the sale of sporting
                            goods, athletic equipment, apparel, and footwear; and issuing gift
                            certificates which may then be redeemed for goods and services; and
                            computer services, namely, providing online computer databases
                            featuring consumer product reviews and comparisons, and
                            merchandise descriptions and information by means of a global
                            computer network.
                            IC 41.  Computer services, namely providing information on sports
                            and outdoor activities via a global computer network.

ACADEMY OUTDOORS      Reg. No. 3,305,400
Goods/Services:             IC 41.  Entertainment in the nature of on-going television programs
                            in the field of hunting and fishing distributed over television and
                            the internet.

ACADEMY SPORTS + OUTDOORS          Reg. No. 3,338,039
Goods/Services:             IC 35.  Online retail store services featuring camping, fishing
                            hiking, hunting, outdoor, and recreational equipment, outfitting,
                            and merchandise; sporting goods and athletic apparel, equipment,
                            gear, and footwear; women's, men's and youth apparel, footwear,
                            swimwear, beachwear, and beach bags; baby strollers, jogging
                            strollers, motorized scooters, and motorized scooter wheels; all
                            purpose sports bags and luggage; manually operated exercise
                            equipment, namely exercise machines, exercise benches, exercise
                            tables, and weight lifting machines; and issuing gift certificates
                            which may then be redeemed for goods or services; and computer
                            services, namely, providing online computer databases featuring
                            consumer product reviews and comparisons, and merchandise
                            descriptions and information by means of a global computer
                            network; retail store services in the field of camping, fishing, hiking,

hunting, outdoor, and recreational equipment, outfitting, and merchandise; sporting goods and athletic apparel, equipment, gear, and footwear; women's, men's, and youth apparel, footwear, swimwear, beachwear, and beach bags; baby strollers, jogging strollers, motorized scooters and motorized scooter wheels; all purpose sports bags and luggage; and manually operated exercise equipment, namely exercise machines, exercise benches, exercise tables, and weight lifting machines.

IC 41.  Computer services, namely providing information on sports and outdoor activities via a global computer network; entertainment in the nature of on-going television programs in the field of hunting and fishing distributed over television and the Internet.

# Exhibit B



ELIZABETH C. BUCKINGHAM
(612) 343-2178
FAX (612) 340-8856
buckingham.elizabeth@dorsey.com

March 18, 2011

**VIA ELECTRONIC MAIL AND POSTAL SERVICE**

Darin M. Klemchuk
Klemchuk Kubasta LLP
8150 N. Central Expwy., Suite 1150
Dallas, Texas  75206

> Re:   Alleged Infringement of Trademark Rights of Academy, Ltd.
>        Our File:  M221794

Dear Mr. Klemchuk:

As you know, we represent Gander Mountain Company ("Gander Mountain") in trademark matters.  We write in response to your March 11, 2011 demand letter, in which you assert that Gander Mountain's **GANDER MTN. ACADEMY** trademarks infringe the trademark rights of Academy, Ltd.  Your main argument is that Gander Mountain uses the word "Academy" in such proximity to its other marks and with such emphasis as compared to its other marks that consumers will believe that Academy and Gander Mountain are affiliated or in a joint venture.  For the reasons discussed below, we reject this claim and your accompanying demand that Gander Mountain cease use of the **GANDER MTN. ACADEMY** trademark and abandon its corresponding trademark applications.

First and foremost, Gander Mountain's rights to its core **GANDER MTN.** trademark, coupled with the descriptive nature of the term "Academy," dispel any likelihood of confusion among consumers.  As shown by this side-by-side comparison of each mark as it will be encountered by purchasers in the real world, the marks are not confusingly similar in sound, appearance, or meaning:

 

The **GANDER MTN. ACADEMY** trademark contains the **GANDER MTN.** trademark.  Your client's mark contains the additional distinguishing terms **SPORTS + OUTDOORS**.  Gander Mountain's mark uses the term "Academy" in all capital letters, whereas Academy's mark uses only initial capitals.  The respective marks use different fonts.  Gander Mountain's mark appears in its core trade dress colors of maroon, hunter green, and black, whereas Academy's mark appears in blue and red.  Academy's mark features the capital letter "A" surrounded by a diagonal tilting ring.  Gander Mountain's mark features its Goose Medallion design.  The placement of the term "Academy" on the barrel of a stylized gun in Gander Mountain's mark



Darin M. Klemchuk
March 18, 2011
Page 2

reinforces the nature of the firearms instruction services Gander Mountain offers in connection with the mark. When customers encounter Gander Mountain's mark in a real world setting, they will recognize the Gander Mtn. mark, the Goose Medallion design, the Gander Mountain fonts, and the Gander Mountain colors, and they will readily understand the sole source of the products and services: Gander Mountain.

Given all the differences between the marks, the only way your client's argument can even be considered in good faith is if your client owns exclusive rights in the term "Academy." Whatever rights your client may have in its **ACADEMY** marks do not extend to prevent descriptive uses of the term "Academy" by third parties. The term "Academy" has a dictionary meaning of "a school or college for special instruction or training in a subject." See the enclosed printout from *www.dictionary.com*. As shown by Gander Mountain's website *academy.gandermountain.com*, the core services offered by Gander Mountain under the **GANDER MTN. ACADEMY** trademark include the operation of a firearms <u>training</u> facility that features <u>instruction</u> on the fundamentals of firearms safety, gun handling, and marksmanship. The term "Academy" is merely descriptive of these services. Gander Mountain has acknowledged this by disclaiming any exclusive rights to the term in its pending trademark applications in Classes 16, 41, and 45.

Any claim the Academy might make to exclusive rights to the term "Academy" is quickly dismissed by a search of the U.S. Patent and Trademark Office's ("PTO") online database. In the retail services class (Class 35) alone, there are over 200 live registrations or pending applications containing the term "Academy" with which your client is coexisting and has tolerated. In Class 41, which covers educational and informational services, there are more than 1200 live registrations or pending applications. Most telling and most relevant to your client's claim vis-à-vis Gander Mountain, however, are the several marks containing the term "Academy" which are much closer to Gander Mountain's services than to those offered by your client, including the following:

| | |
|---|---|
|  | **THE ACADEMY & Design** – federal registration no. 3,810,583, owned by The Academy Firing Range LLC of Palm Desert, California, for "training services in the field of firearms safety" in Class 41. The phrase "the academy or safety or training or education" is disclaimed. |
|  | **BE SAFE ACADEMY & Design** – federal registration no. 3,840,990, owned by BeSafeAcademy LLC of Orlando, Florida, for "retail store services featuring non-lethal self-defense products and accessories" in Class 35. The term "academy" is disclaimed. |



Darin M. Klemchuk
March 18, 2011
Page 3

| | |
|---|---|
|  | **SHOOTRITE FIREARMS ACADEMY LLC** – federal registration no. 3,618,922, owned by Shootrite Firearms Academy of Langston, Alabama, for "training and instruction in the field of defensive and combative use of firearms" in Class 41. The phrase "firearms academy LLC" is disclaimed. |
| | **U.S. FIREARMS ACADEMY** – pending application no. 85/030,823, filed by U.S. Firearms Academy LLC of Reno, Nevada, for "guns and gun parts" in Class 13; "retail store services and online retail store services featuring firearms, guns, gun accessories, gun barrels and choke tubes, gun parts, gun cases, gun pouches, gun cleaning tools, gun holsters, gun optics and scopes, ammunition, knives, clothing and bags" in Class 35; "manufacture of guns and gun parts to the order and specification of others" in Class 40; and "providing training in the use and operation of firearms; target shooting range services, namely, gun firing range services; entertainment and recreational services, namely, organizing and conducting firearm shooting events; rental of firearms" in Class 41. The term "academy" is disclaimed in Class 41. |
|  | **U.S. FIREARMS ACADEMY HOME OF RENO GUNS & Design** – pending application no. 85/030,784, filed by U.S. Firearms Academy LLC, for "retail store services and online retail store services featuring firearms, guns, gun accessories, gun barrels and choke tubes, gun parts, gun cases, gun pouches, gun cleaning tools, gun holsters, gun optics and scopes, ammunition, knives, clothing and bags" in Class 35; and "providing training in the use and operation of firearms; target shooting range services, namely, gun firing range services; entertainment and recreational services, namely, organizing and conducting firearm shooting events and competitions; rental of firearms" in Class 41. The term "academy" is disclaimed in Class 41. |

Printouts of these marks from the PTO database are attached for your review. In addition to the federal applications and registrations referenced above, there are hundreds of common law uses of the term "Academy," including:

- **SIERRA FIREARMS ACADEMY** (Sparks, Nevada):  http://www.sierrafirearms.com/

- **ACADEMY FOR FIREARMS TRAINING** (Grand Prairie, Texas):  http://chltraining.com/

- **TACTICAL FIREARMS ACADEMY** (South Florida):  http://www.tacticalacademy.us/

- **U.S. SHOOTING ACADEMY** (Tulsa, Oklahoma):  http://www.usshootingacademy.com/

We can only conclude that your client has not chosen to pursue any of these federal or common law marks because of the descriptive nature of the term "Academy." It is too late for your client to change its position now.

       Second, not only do the differences in the marks prevent confusion, so too does the way that Gander Mountain provides the **GANDER MTN. ACADEMY** services. In order to register for classroom and firing range sessions, customers must visit Gander Mountain's website, call a Gander Mountain store, or visit a Gander Mountain store. In order to take advantage of Gander



Darin M. Klemchuk
March 18, 2011
Page 4

Mountain's training services, customers must visit a Gander Mountain store.  Thus, by the time customers determine the location of the Gander Mountain store (assuming they do not already know) and then arrive in the store, there is no chance that customers will believe that the services at issue are in any way affiliated with or sponsored by Academy.

Finally, the companies do not offer competing services.  Gander Mountain is the first company to make available in its stores a centralized location featuring highly skilled instructors, a variety of comprehensive courses, modern multi-media classrooms, a live-fire range, and exclusive virtual simulation technology previously available only to military and law enforcement agencies.  None of Academy's cited registrations covers these services, nor does Academy offer such services.  Academy's trademark registrations mainly cover retail services in Class 35.  Gander Mountain has not applied to register the **GANDER MTN. ACADEMY** trademark for any such Class 35 services, nor will Gander Mountain provide such services under the trademark.  Accordingly, confusion among customers is unlikely.

In sum, Gander Mountain rejects Academy's demand to cease all use of the **GANDER MTN. ACADEMY** trademark and to abandon its corresponding trademark applications.  This letter is written without waiver of any rights, remedies, and/or defenses that our client may assert with regard to this matter.

Very truly yours,

Elizabeth C. Buckingham

ECB:JRC/tk
Enclosures

cc:     Gander Mountain Company (w/encl,)



| Dictionary | Thesaurus | Flashcards | Quotes | Encyclopedia | Translator | Spanish ᴺᵉʷ | | Login | Regi |

academy [Search]

*Did you know:*   Yes, the stuff that forms in your eyes when you sleep does have a name.


AdChoices ▷
Save ½ off the price.
Kraft Singles 2% Milk

## Related Searches
- Academy sporting good...
- Oshmans
- Academy awards
- Academy bus
- Police academy
- Academy schools
- Academy models
- Plato's academy
- Academy bank
- Wal mart
- Target
- Sports authority

### academy - 5 dictionary results

Le Cordon Bleu® College
Le Cordon Bleu® Culinary Arts Minneapolis Classes Start April 4th
lecordonbleu-minneapolis.com

Academy Definition
Find Definitions For Any Word.Get Your Free Dictionary.com Toolbar.
Dictionary.com

a·cad·e·my
[uh-kad-uh-mee] [?] Show IPA

*–noun, plural* -mies.
1. a secondary or high school, especially a private one.
2. a school or college for special instruction or training in a subject: *a military academy.*
3. an association or institution for the advancement of art, literature, or science: *the National Academy of Arts and Letters.*

READ MORE

## Synonyms
- association
- foundation
- institute
- alliance
- council
- circle
- league

More Synonyms »

## Slang
laughing academy

## Nearby Words
- academize
- academus
- academuses
- **academy**
- academy award
- academy of art
- academy of motion pic...

**Origin:**
1470–80; < Latin *academia* < Greek *akademeia,* equivalent to *Akadem* ( *os* ) *Academus* + *-eia* adj. suffix

Dictionary.com Unabridged
Based on the Random House Dictionary, © Random House, Inc. 2011.
Cite This Source | Link To academy

shibboleth        grammar
pernicious        proverb

Need a new job?
We can help.

Style guide
Confusing words
Word of the Day

Free tools
Blog
Games

Related Words for : academy

honorary society

View more related words »

■ VISUALTHESAURUS™

academy

Explore the Visual Thesaurus »

## World English Dictionary
**academy** (əˈkædəmɪ) [?]

*— n , pl* -mies
1. an institution or society for the advancement of literature, art, or science
2. a school for training in a particular skill or profession: *a military academy*
3. a secondary school: now used only as part of a name, and often denoting a private school

[C16: via Latin from Greek *akademeia* name of the grove where Plato taught, named after the legendary hero *Akademos*    ]

**Academy** (əˈkædəmɪ) [?]

*— n*
1. a. the grove or garden near Athens where Plato taught in the late 4th century bc
   b. the school of philosophy founded by Plato
   c. the members of this school and their successors
2. French Academy   short for the Royal Academy

Collins English Dictionary - Complete & Unabridged 10th Edition
2009 © William Collins Sons & Co. Ltd. 1979, 1986 © HarperCollins
Publishers 1998, 2000, 2003, 2005, 2006, 2007, 2009
Cite This Source

## The Hot Word Blog!



What one word, right now, describes the big and fascinating events in the world?
Latest blog entry »


AdChoices ▷
Kraft Singles 2% Milk
Save ½ off the price.
Click for a coupon.

Dictionary.com   About · Privacy Policy · Terms of Use · API · Careers · Advertise with Us · Link to Us · Contact Us · Help
Dictionary.com, LLC. Copyright © 2011. All rights reserved.
Partner Sites: Word | Bloglines | Citysearch | The Daily Beast | Ask Answers | Ask Kids | Life123 | Sendori | Thesaurus

Twitter   Facebook

## Word Origin & History

### academy

late 15c., from L. academia , from Gk. Akademeia "grove of Akademos ," a legendary Athenian of the Trojan War tales (his name apparently means "of a silent district"), whose estate, six stadia from Athens, was the enclosure where Plato taught his school.

" The A[cademy], the Garden, the Lyceum, the Porch, the Tub , are names used for the five chief schools of Greek philosophy, their founders, adherents, & doctrines: the A. , Plato, the Platonists & Platonism; the Garden , Epicurus, the Epicureans, & Epicureanism; the Lyceum , Aristotle, the Aristotelians, & Aristotelianism; the Porch , Zeno, the Stoics, & Stoicism; the Tub , Antisthenes, the Cynics, & Cynicism." [Fowler]

Sense broadened 16c. into "any school or training place." Academy awards  (1941) so called for their distributor, the Academy of Motion Picture Arts and Sciences.

Online Etymology Dictionary, © 2010 Douglas Harper
Cite This Source

## Encyclopedia

### Academy

In ancient Greece, the academy, or college, of philosophy in the northwestern outskirts of Athens, where Plato acquired property about 387 BC and used to teach. At the site there had been an olive grove, park, and gymnasium sacred to the legendary Attic hero Academus (or Hecademus).

Learn more about Academy with a free trial on Britannica.com.

Encyclopedia Britannica, 2008. Encyclopedia Britannica Online.
Cite This Source

## Famous Quotations

### Academy

"It would much conduce to the public benefit, if, instea..."
"A new kind of award has been added—the deathbed award. ..."
"I realized early on that the academy and the literary w..."
"...I have come to make distinctions between what I call..."
"In the groves of their academy, at the end of every vis..."

More Quotes
**Popular Subjects:**
Friendship  Funny  Inspirational  Life  Love  Proverbs

Search another word or see academy  on Thesaurus | Reference

| academy | Search |
| --- | --- |



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Mar 18 04:06:18 EDT 2011*

**TESS HOME**  **NEW USER**  **STRUCTURED**  **FREE FORM**  **BROWSE DICT**  **SEARCH OG**  **BOTTOM**  **HELP**

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**TARR Status**  **ASSIGN Status**  **TDR**  **TTAB Status**  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THE ACADEMY SAFETY TRAINING EDUCATION |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Training services in the field of firearms safety. FIRST USE: 20090601. FIRST USE IN COMMERCE: 20090701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 21.03.12 - Dart boards; Targets without crosshairs or alignment guides<br>23.03.03 - Derringers; Pistols; Revolvers<br>26.01.18 - Circles, three or more concentric; Concentric circles, three or more; Three or more concentric circles<br>26.05.20 - Triangles inside one another<br>26.05.21 - Triangles that are completely or partially shaded |
| **Trademark Search Facility Classification Code** | ART-21.03 Sporting articles; merry-go-rounds<br>ART-23.03 Firearms; ammunition; explosives<br>SHAPES-CIRCLE Circle figures or designs including semi-circles and incomplete circles<br>SHAPES-MISC Miscellaneous shaped designs<br>SHAPES-TRIANGLES Triangular shaped designs and marks including incomplete triangles |
| **Serial Number** | 77869199 |
| **Filing Date** | November 10, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 13, 2010 |
| **Registration Number** | 3810583 |
| **Registration** | |

| | |
|---|---|
| Date | June 29, 2010 |
| Owner | (REGISTRANT) The Academy Firing Range LLC LIMITED LIABILITY COMPANY CALIFORNIA 38698 El Viento Road Palm Desert CALIFORNIA 92211 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THE ACADEMY OR SAFETY OR TRAINING OR EDUCATION" APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of a target with a stylized triangle at the center, and a gun at the center of the triangle. The words "THE ACADEMY" are above the circle, and the words "SAFETY", "TRAINING" and "EDUCATION" are written on the three sides of the triangle. The stippling is for shading purposes only. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Mar 18 04:06:18 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | BE SAFE ACADEMY |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store services featuring non-lethal self-defense products and accessories. FIRST USE: 20090901. FIRST USE IN COMMERCE: 20090901 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 21.03.12 - Dart boards; Targets without crosshairs or alignment guides |
| **Trademark Search Facility Classification Code** | ART-21.03 Sporting articles; merry-go-rounds SHAPES-CROSSES Cross or cross-like designs |
| **Serial Number** | 77921857 |
| **Filing Date** | January 27, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 15, 2010 |
| **Registration Number** | 3840990 |
| **Registration Date** | August 31, 2010 |
| **Owner** | (REGISTRANT) BeSafeAcademy LLC LIMITED LIABILITY COMPANY FLORIDA 548 Divine Circle Orlando FLORIDA 32828 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ACADEMY" APART FROM THE |

| | MARK AS SHOWN |
|---|---|
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the stylized wording "BE SAFE ACADEMY", where the stylized wording "BE" is superimposed of the design of a target with crosshairs. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Mar 18 04:06:18 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | SHOOTRITE FIREARMS ACADEMY LLC |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Training and instruction in the field of defensive and combative use of firearms. FIRST USE: 19950601. FIRST USE IN COMMERCE: 19950601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.25 - Coal; Dust; Light rays; Liquids, spilling; Pouring liquids; Sand; Spilling liquids <br> 04.05.01 - Dragons; Griffons <br> 09.05.25 - Batting helmets; Caps, nurses; Caps, swimming; Dunce caps; Football helmets; Helmets, athletic; Helmets, construction; Helmets, military; Helmets, protective; Safety helmets <br> 23.01.01 - Epees; Foils; Rapiers; Sabers; Swords <br> 24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon |
| **Trademark Search Facility Classification Code** | ART-09.05 Headwear <br> ART-23.01 Weapons <br> INAN Inanimate objects such as lighting,clouds,footprints,atomic configurations,snowflakes,rainbows,flames <br> LETS-2 LLC Two letters or combinations of multiples of two letters <br> MYTH Mythological characters such as angels, cupids, fairies, dragons, devils <br> SHAPES-HERALDRY Marks with shields, crests, emblems, insignias, and crowns |
| **Serial Number** | 77574331 |
| **Filing Date** | September 19, 2008 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 24, 2009 |
| **Registration** | 3618922 |

| | |
|---|---|
| **Number** | |
| **Registration Date** | May 12, 2009 |
| **Owner** | (REGISTRANT) Shootrite Firearms Academy LIMITED LIABILITY COMPANY ALABAMA 95 Lois Lane Langston ALABAMA 35755 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FIREARMS ACADEMY LLC" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the stylized text "Shootrite Firearms Academy LLC" with a coat of arms design comprised of a griffin with a shield, helmet, and sword, in the middle. The stippling is for shading purposes only. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Mar 18 04:06:18 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

# U.S. FIREARMS ACADEMY

| | |
|---|---|
| **Word Mark** | U.S. FIREARMS ACADEMY |
| **Goods and Services** | IC 013. US 002 009. G & S: Guns and gun parts. FIRST USE: 20080815. FIRST USE IN COMMERCE: 20080815 |
| | IC 035. US 100 101 102. G & S: Retail store services and online retail store services featuring firearms, guns, gun accessories, gun barrels and choke tubes, gun parts, gun cases, gun pouches, gun cleaning tools, gun holsters, gun optics and scopes, ammunition, knives, clothing and bags. FIRST USE: 20080815. FIRST USE IN COMMERCE: 20080815 |
| | IC 040. US 100 103 106. G & S: Manufacture of guns and gun parts to the order and specification of others. FIRST USE: 20080815. FIRST USE IN COMMERCE: 20080815 |
| | IC 041. US 100 101 107. G & S: Providing training in the use and operation of firearms; target shooting range services, namely, gun firing range services; entertainment and recreational services, namely, organizing and conducting firearm shooting events; rental of firearms. FIRST USE: 20080815. FIRST USE IN COMMERCE: 20080815 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85030823 |
| **Filing Date** | May 5, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |

| | |
|---|---|
| **Supplemental Register Date** | February 17, 2011 |
| **Owner** | (APPLICANT) U.S. Firearms Academy LLC LIMITED LIABILITY COMPANY NEVADA 294 E. Moana Lane #18 Reno NEVADA 89502 |
| **Attorney of Record** | Holly M. Ford |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ACADEMY" AS TO CLASS 41 APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | SUPPLEMENTAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Mar 18 04:06:18 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | U.S. FIREARMS ACADEMY HOME OF RENO GUNS |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store services and online retail store services featuring firearms, guns, gun accessories, gun barrels and choke tubes, gun parts, gun cases, gun pouches, gun cleaning tools, gun holsters, gun optics and scopes, ammunition, knives, clothing and bags. FIRST USE: 20080815. FIRST USE IN COMMERCE: 20080815

IC 041. US 100 101 107. G & S: Providing training in the use and operation of firearms; target shooting range services, namely, gun firing range services; entertainment and recreational services, namely, organizing and conducting firearm shooting events and competitions; rental of firearms. FIRST USE: 20080815. FIRST USE IN COMMERCE: 20080815 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 21.03.12 - Dart boards; Targets without crosshairs or alignment guides
26.01.18 - Circles, three or more concentric; Concentric circles, three or more; Three or more concentric circles
26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 85030784 |
| **Filing Date** | May 5, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) U.S. Firearms Academy LLC LIMITED LIABILITY COMPANY NEVADA 294 E. Moana Lane #18 Reno NEVADA 89502 |
| **Attorney of Record** | Holly M. Ford |

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "U.S. FIREARMS" AS TO ALL CLASSES AND "ACADEMY" AS TO CLASS 41 ONLY APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a circle with a series of progressively smaller inner circles representing a shooting target with the words "U.S. FIREARMS ACADEMY" written across the center of the design and the words "HOME OF RENO GUNS" written at the top center of the outer circle of design. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY